**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00798-CV

**SUZLON ENERGY LIMITED, Appellant**

**V.**

**TRINITY STRUCTURAL TOWERS, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00094**

## ORDER

We **GRANT** appellant's June 27, 2013 unopposed motion for an extension of time to file

a brief.  Appellant shall file its brief on or before August 14, 2013.


/s/  DAVID LEWIS
    JUSTICE